Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK  COUNTY
------------------------------------------------

HARTFORD FIRE INSURANCE COMPANY        plaintiff

- against -

MEDITERRANEAN SHIPPING COMPANY, S.A.    defendant

Index No. **07 CV 11607**

Date Filed  . . . . . . . . . . . .

Office No. **07-P-007-JK**

Court Date:   /   /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**RUDOLPH WRIGHT**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **10th  day of January, 2008**     at  **04:30 PM.**,                                at
    %MEDITERRANEAN SHIPPING,CO USA INC.420 5TH AVE
    NEW YORK, NY 10018
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **MEDITERRANEAN SHIPPING COMPANY, S.A.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **LYDIA TUVE, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLONDE**
    APP. AGE: **35**        APP. HT: **5:6**        APP. WT: **130**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
14th  day of  January, 2008n


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT   1022795
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7BWM103921

# UNITED STATES DISTRICT COURT

Southern District of New York

HARTFORD FIRE INSURANCE COMPANY,
Plaintiff,

V.

MEDITERRANEAN SHIPPING COMPANY, S.A.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ.     (   )

**07 CV 11607**

**JUDGE COTE**

TO: (Name and address of Defendant)

Mediterranean Shipping Company, S.A.
c/o Mediterranean Shipping Company USA, Inc.
420 Fifth Avenue
New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Badiak & Will, LLP
106 3rd Street
Mineola, New York 11501

07-P-007-JK

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    DEC 2 8 2007

CLERK  /s/ Marcos Quintero             DATE

(By) DEPUTY CLERK