LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o PDM International, LLC,

                Plaintiff,

    -against-

MEDITERRANEAN SHIPPING COMPANY S.A.,

                Defendant.
------------------------------------------------------------------X

ECF CASE

07 Civ. 11607 (DLC)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

      Dated: January 28, 2008

                          LYONS & FLOOD, LLP
                          Attorneys for Defendant
                          MEDITERRANEAN SHIPPING COMPANY S.A.

        By:    _____
                          Edward P. Flood (EPF 5797)
                          65 West 36th Street, 7th Floor
                          New York, New York 10018
                          (212) 594-2400