UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    AFFIDAVIT OF SERVICE
HARTFORD FIRE INSURANCE COMPANY a/s/o
PDM International, LLC,                                                    Case No. 07-cv-11607(DLC)

                                Plaintiff,

       -against -

MEDITERRANEAN SHIPPING COMPANY S.A.,

                                Defendant.
------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,

                             Third-Party Plaintiff,

      - against -

INTEGRATED INDUSTRIES CORP.,

                             Third-Party Defendant.
------------------------------------------------------------X

| STATE OF NEW YORK | ) |
|---|---|
|  | ) ss.: |
| COUNTY OF QUEENS | ) |

    Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On February 4, 2008, at approximately 11:50 a.m., at One Pennval Road, Woodbridge, New Jersey 07095, Deponent served the within Third Party Summons and Third Party Complaint and Exhibits A-B, Judge's Individual Practices Rules , Magistrate's Individual Practices Rules, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal upon **Integrated Industries Corp.**, by delivering to and leaving with Ari Figueroa, Account Manager, a true and correct copy of said documents.

    At the time of said service, Ari Figueroa stated that she is duly authorized to accept service of legal documents behalf of Integrated Industries Corp.

    Ari Figueroa is described a white female, approximately 43-48 years of age, 130-140 lbs., 5'6" tall, with black hair.

                                                                  Andrew Bartley

Sworn to before me this
13th day of February, 2008.

_Karlene S Jackson_
    Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in New York City
Commission Expires November 17, 2009