Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Street
New York, NY 10281
(212) 839-7000

*Attorneys for Third-Party Defendants*
  *Integrated Industries Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o PDM International, LLC                                          07 CIV. 11607(DLC)

                       Plaintiff,

        -  against –

MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                       Defendant.
-----------------------------------------------------------X      **NOTICE OF**
MEDITERRANEAN SHIPPING                                                **APPEARANCE**
COMPANY, S.A.,

                       Third-Party Plainitff,

        -  against –
        -
INTEGRATED INDUSTRIES CORP.,

                       Third-Party Defendant.
-----------------------------------------------------------X

To:    Edward P. Flood, Esq.
Lyons & Flood, LLP
*Attorneys for Defendant/Third Party Plaintiff*
*Mediterranean Shipping Company, S.A.*
64 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

James Paul Krauzlis, Esq.
Badiak & Will, LLP
*Attorneys for Plaintiff*
106 Third Street
Mineola, NY 11501-4404

**YOU ARE NOTIFIED** that the undersigned is appearing as attorney for the Third Party Defendant, and copies of pleadings, motions and other papers should be served on the undersigned. The undersigned certifies that a copy hereof has been furnished to the persons above named by mail on March 17, 2008.

Respectfully,

HILL, BETTS & NASH LLP

By: *[signature]*
James E. Forde (JEF 5194)
Attorneys for Defendants
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
(212) 839-7000

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SUZANNE SAPORITO, being duly sworn deposes and says, I am not a party to the action and over 18 years of age. That on the 17th day of March 2008, she served the attached NOTICE OF APPEARANCE upon:

> Edward P. Flood, Esq.
> Lyons & Flood, LLP
> *Attorneys for Defendant/Third Party Plaintiff*
> *Mediterranean Shipping Company, S.A.*
> 64 West 36th Street, 7th Floor
> New York, New York 10018
>
> James Paul Krauzlis, Esq.
> Badiak & Will, LLP
> Attorneys for Plaintiff
> 106 Third Street
> Mineola, NY 11501-4404

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

_____
SUZANNE SAPORITO

Sworn to before me this
17th day of March 2008

_____
Notary Public

JANET M. WALTERS
NOTARY PUBLIC, State of New York
No. 01WA6060684
Qualified in Kings County
Commission Expires 7-2-11