Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Street
New York, NY 10281
(212) 839-7000

*Attorneys for Third-Party Defendants
  Integrated Industries Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o PDM International, LLC                                        07 CIV. 11607(DLC)

                    Plaintiff,

        - against –

MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                    Defendant.
-------------------------------------------------------X     **RULE 7.1 STATEMENT**
MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                    Third-Party Plainitff,

        - against –
        -
INTEGRATED INDUSTRIES CORP.,

                    Third-Party Defendant.

-------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third Party Defendant Integrated Industries Corp. certifies that the following are publicly held corporate parents, subsidiaries, or affiliates of plaintiffs: None

Dated: New York, NY
       March 19, 2008

HILL, BETTS & NASH LLP

*/s/ James E. Forde*

James E. Forde (JEF 5194)
*Attorneys for Third Party Defendants*
Integrated Industries Corp.
World Financial Center
200 Liberty Street, 26th Fl.
New York, NY 10281
(212) 839-7000

To:   Edward P. Flood, Esq.
      Lyons & Flood, LLP
      *Attorneys for Defendant/Third Party Plaintiff*
      *Mediterranean Shipping Company, S.A.*
      64 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

      James Paul Krauzlis, Esq.
      Badiak & Will, LLP
      *Attorneys for Plaintiff*
      106 Third Street
      Mineola, NY 11501-4404