Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Street
New York, NY 10281
(212) 839-7000
*Attorneys for Third-Party Defendants*
  *Integrated Industries Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o PDM International, LLC                                    07 CIV. 11607(DLC)

                          Plaintiff,

            - against –

MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                          Defendant.
-----------------------------------------------------------X   **NOTICE OF CHANGE**
MEDITERRANEAN SHIPPING                                         **OF ADDRESS**
COMPANY, S.A.,
               Third-Party Plainitff,

            - against –

INTEGRATED INDUSTRIES CORP.,

               Third-Party Defendant.

-----------------------------------------------------------X

To:   **Attorney Admission Clerk**

      Lyons & Flood, LLP
      *Attorneys for Defendant/Third Party Plaintiff*
      *Mediterranean Shipping Company, S.A.*
      64 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

      James Paul Krauzlis, Esq.
      Badiak & Will, LLP
      *Attorneys for Plaintiff*
      106 Third Street
      Mineola, NY 11501-4404

{NY070311.1 }

Pursuant to Local Rule 1.3 of this Court, please take notice of the office address change of JAMES E FORDE, bar number JEF 5194, an attorney admitted to practice in this Court and who is counsel of record in the above entitled case:

New Firm/Address:  James E. Ford
Hill, Betts & Nash LLP
One World Trade Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel. 212 839-7000
Fax: 212 466-0514
jforde@hillbetts.com

Dated: New York, NY
March 25, 2008

_____
JAMES E FORDE

{NY070311.1}