UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

HARTFORD FIRE INSURANCE COMPANY a/s/o : 07 CIV. 11607 (DLC)
PDM International, LLC. : (AJP)*

        Plaintiff, : ORDER OF
         : REFERENCE TO A
-v- : MAGISTRATE JUDGE

MEDITERRANEAN SHIPPING COMPANY S.A.,

        Defendant.
------------------------------------------------------------------ -X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-22-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction  Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

*   Do not check if already referred for general pretrial.

    **SO ORDERED**:

DATED:    New York, New York
                April 22, 2008

                                                                    _/s/ Denise Cote_
                                                                   DENISE COTE
                                                          United States District Judge