| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 7/22/08 |

------------------------------------- x

HARTFORD FIRE INSURANCE COMPANY :
as subrogor of PMD International, LLC,

                                        :     07 Civ. 11607 (DLC) (AJP)

               Plaintiff,

                                        :     ORDER RESCHEDULING
      -against-                                    SETTLEMENT CONFERENCE

                                          :

MEDITERRANEAN SHIPPING
COMPANY, S.A.,                                 :

            Defendant.                        :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        The settlement conference originally scheduled for August 6, 2008 is rescheduled to **August 11, 2008 at 10:00 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        Settlement memoranda remain due on or before July 30, 2008.

        SO ORDERED.

DATED:        New York, New York
                  July 22, 2008

                                                         Andrew J. Peck
                                                     United States Magistrate Judge

Copies **by fax & ECF** to:     James P. Krauzlis, Esq.
                                       Edward P. Flood, Esq.
                                       James E. Forde, Esq.
                                       Judge Denise L. Cote

C:\ORD\