UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

HARTFORD FIRE INSURANCE COMPANY :
as subrogor of PMD International, LLC,
                                         :
            Plaintiff,
                                         :   07 Civ. 11607 (DLC) (AJP)
      -against-
                                         :   **ORDER OF DISMISSAL ON CONSENT**
MEDITERRANEAN SHIPPING COMPANY, S.A.,
                                         :
            Defendant.
                                         :
      -against-
                                         :
INTEGRATED INDUSTRIES CORP.,
                                         :
            Third Party Defendant.
                                         :
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/30/08

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 60 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:    New York, New York
          July 30, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    James P. Krauzlis, Esq.
                               Edward P. Flood, Esq.
                               James E. Forde, Esq.
                               Judge Denise L. Cote

C:\ORD\Dismiss.AJP

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17871 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

July 30, 2008

**VIA TELEFAX 212-805-7933**
Honorable Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

RECEIVED JUL 30 2008 CHAMBERS OF ANDREW J PECK

RE: Hartford Fire Insurance Company a/s/o PDM International, LLC
v. Mediterranean Shipping Company, S.A. v. Integrated Industries Corp.
Dock No.: 07 Civ 11607 (DLC)(AJP)

Honorable Magistrate Judge Andrew J. Peck:

  We are the attorneys for the plaintiffs in the captioned matter and are pleased to confirm to your Honor that the parties have agreed to a settlement of the captioned claim. We are currently exchanging closing documentation and are awaiting settlement proceeds from the defendants.

  In light of the foregoing, we respectfully suggest that the settlement conference presently scheduled for August 11, 2008 at 10:00 a.m. before your Honor be cancelled. In light of the foregoing, the parties are also agreeable to the issuance of an order discontinuing the action with leave to re-open the matter within sixty (60) days if the settlement is not fully consummated.

  We thank your Honor for your kind attention to the foregoing.

Respectfully submitted,
BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK:jm

cc: **VIA TELEFAX 212-594-4589**
Lyons & Flood, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
Attn.: Edward P. Flood, Esq.

**VIA TELEFAX 212-466-0514**
Hill, Betts & Nash LLP
1 World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Attn.: James E. Forde, Esq.